B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>Davis, Jeffrey K. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Davis, Staci E. |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  1155 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  7460 |
| Street Address of Debtor (No. and Street, City,  and State)<br>317 East 91st, Apt. 2f<br>New York, NY<br>ZIPCODE 10128 | Street Address of Joint Debtor (No. and Street, City, and State)<br>317 East 91st, Apt. 2f<br>New York, NY<br>ZIPCODE 10128 |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of  Business**
(Check **one**  box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**           **Chapter 11 Debtors**

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

**Check all applicable boxes**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31088 - Adobe PDF

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Jeffrey K. Davis & Staci E. Davis** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: **N.A.** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X  /s/ Julio E. Portilla        5/18/2009 <br>     Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Jeffrey K. Davis & Staci E. Davis |
|---|---|

## Signatures

<table>
<tr>
<td colspan="2">

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Jeffrey K. Davis
Signature of Debtor

**X** /s/ Staci E. Davis
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
5/18/2009
Date

</td>
</tr>
</table>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** /s/ Julio E. Portilla
Signature of Attorney for Debtor(s)

JULIO E. PORTILLA 0690
Printed Name of Attorney for Debtor(s)

Wilens & Baker, P.C.
Firm Name

450 Seventh Avenue, 12th Floor
Address

New York, NY 10123

212 695-0600
Telephone Number

5/18/2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____
**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31688 - Adobe PDF

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

**B6A (Official Form 6A) (12/07)**

In re   <u>Jeffrey K. Davis & Staci E. Davis</u>        Case No. <u>                         </u>

          **Debtor**                                                            **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

**B6B (Official Form 6B) (12/07)**

In re   Jeffrey K. Davis & Staci E. Davis _____   Case No. _____
      **Debtor**                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | Cash on Hand<br>In debtors's possession | J | 1.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking and Savings Account with Chase Bank<br>In debtors's account no. 8345 | J | 470.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings<br>In debtors's possession | J | 1,500.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books and pictures<br>In debtors's possession | J | 70.00 |
| 6.   Wearing apparel. | | Used clothing<br>In debtors's possession | J | 1,500.00 |
| 7.   Furs and jewelry. | | Wedding band<br>In debtors's possession | J | 200.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731  -  31058 - Adobe PDF

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  <u>Jeffrey K. Davis & Staci E. Davis</u>                     Case No. _____
           **Debtor**                                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731  -  31058 - Adobe PDF

In re   Jeffrey K. Davis & Staci E. Davis                                  Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §10l(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | __0__  continuation sheets attached     Total | | $  3,741.00 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31658 - Adobe PDF

**B6C (Official Form 6C) (12/07)**

In re  Jeffrey K. Davis & Staci E. Davis _____  Case No. _____
_____ **Debtor** _____  **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)          ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)               $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on Hand | (Husb)NY Debt & Cred Law § 283(2) | 1.00 | 1.00 |
|  | (Wife)NY Debt & Cred Law § 283(2) | 0.00 | |
| Checking and Savings Account with Chase Bank | (Husb)NY Debt & Cred Law § 283(2) | 0.00 | 470.00 |
|  | (Wife)NY Debt & Cred Law § 283(2) | 470.00 | |
| Household goods and furnishings | (Husb)NY Civ Prac Law & Rules § 5205(a)(5) | 1,500.00 | 1,500.00 |
|  | (Wife)NY Civ Prac Law & Rules § 5205(a)(5) | 0.00 | |
| Books and pictures | (Husb)NY Civ Prac Law & Rules § 5205(a)(2) | 70.00 | 70.00 |
|  | (Wife)NY Civ Prac Law & Rules § 5205(a)(2) | 0.00 | |
| Used clothing | (Husb)NY Civ Prac Law & Rules § 5205(a)(5) | 1,500.00 | 1,500.00 |
|  | (Wife)NY Civ Prac Law & Rules § 5205(a)(5) | 0.00 | |
| Wedding band | (Husb)NY Civ Prac Law & Rules § 5205(a)(6) | 0.00 | 200.00 |
|  | (Wife)NY Civ Prac Law & Rules § 5205(a)(6) | 200.00 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

B6D (Official Form 6D) (12/07)

In re _____,          Case No. _____
       Jeffrey K. Davis & Staci E. Davis
            **Debtor**                                                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_____0_____ continuation sheets attached

Subtotal ► $       0.00   $     0.00
(Total of this page)

Total ► $       0.00   $     0.00
(Use only on last page)

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31088 - Adobe PDF

B6E (Official Form 6E) (12/07)

In re  Jeffrey K. Davis & Staci E. Davis
_____,                Case No._____
                Debtor                                                                                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) - Cont.**

In re_____,    Case No._____
                Jeffrey K. Davis & Staci E. Davis

                        Debtor                                                    (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

                  1
____ **continuation sheets attached**

B6E (Official Form 6E) (12/07) - Cont.

In re   Jeffrey K. Davis & Staci E. Davis                        ,        Case No. _____
                  **Debtor**                                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Department of the Treasury <br> Internal Revenue Service <br> 110 W. 44th St. <br> New York, NY 10036 | | J | | | | | 1,500.00 | 1,500.00 | 0.00 |
| ACCOUNT NO. <br><br> State of New Jersey <br> New Jersey Division of Taxation <br> Information and Publications Branch <br> PO Box 281 <br> Trenton, NJ 08695-0281 | | J | Incurred: 2008 | | | | 569.00 | 589.00 | 0.00 |
| ACCOUNT NO. <br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $ 2,069.00 | $           $ |
| Total <br> (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ 2,069.00 | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 2,089.00    $ 0.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

B6F (Official Form 6F) (12/07)

In re ___Jeffrey K. Davis & Staci E. Davis_____,           Case No. _____
_____Debtor_____                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1020187780 <br><br> Afni, Inc. <br> Po Box 3097 <br> Bloomington, IL 61702 | | H | 1. Collection | | | | 482.00 |
| ACCOUNT NO.  3499908233676463 <br><br> American Express* <br> c/o Becket and Lee <br> PO Box 3001 <br> Malvern, PA, 19355 | | H | | | | | Notice Only |
| ACCOUNT NO.  3499910158657443 <br><br> American Express* <br> c/o Becket and Lee <br> PO Box 3001 <br> Malvern, PA, 19355 | | W | | | | | Notice Only |
| ACCOUNT NO.  432958301013350431 <br><br> American Express* <br> c/o Becket and Lee <br> PO Box 3001 <br> Malvern, PA, 19355 | | W | | | | | Notice Only |

___28___continuation sheets attached

Subtotal ➤ | $ | 482.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeffrey K. Davis & Staci E. Davis_____,          Case No. _____
                        **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  053906956018322331 <br><br> American Express* <br> c/o Becket and Lee <br> PO Box 3001 <br> Malvern, PA, 19355 | | W | | | | | Notice Only |
| ACCOUNT NO.  3499908233676463 <br><br> Amex <br> P.o. Box 981537 <br> El Paso, TX 79998 | | H | 1. Collection <br> 2. Account Closed By Grantor | | | | 12,043.00 |
| ACCOUNT NO.  3499910158657443 <br><br> Amex <br> P.o. Box 981537 <br> El Paso, TX 79998 | | W | 1. Collection <br> 2. Account Closed By Grantor | | | | 2,272.00 |
| ACCOUNT NO.  053906956018335153 <br><br> Amex <br> P.o. Box 981537 <br> El Paso, TX 79998 | | H | 1. Paid <br> 2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO.  432958301013350431 <br><br> Amex <br> P.o. Box 981537 <br> El Paso, TX 79998 | | W | 1. Paid <br> 2. Account Closed By Consumer | | | | 0.00 |

Sheet no.  1  of  28  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  14,315.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-751 - 31658 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeffrey K. Davis & Staci E. Davis_____,          Case No. _____
                      **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  053906956018322331 <br><br> Amex <br> P.o. Box 981537 <br> El Paso, TX 79998 | | W | | | | | -1.00 |
| ACCOUNT NO.  1155878278 <br><br> AMS Education Loan Trust/Wilmington Trust c/o Sallie Mae 220 Lasley Avenue Wilkes-Barre, PA 18706 | | H | 1. STUDENT LOAN PAYMENT DEFERRED | | | | 62,693.00 |
| ACCOUNT NO.  D291991N1 <br><br> Ashwood Financial Inc 6319 S East St # A Indianapolis, IN 46227 | | H | 1. Collection <br> 2. Account Closed | | | | 100.00 |
| ACCOUNT NO.  29199101 <br><br> Ashwood Financial Inc 6319 S East St # A Indianapolis, IN 46227 | | H | 1. Collection | | | | 100.00 |
| ACCOUNT NO.  2600117042007 <br><br> Bally Total Fitness 12440 E Imperial Hwy #30 Norwalk, CA 90650 | | H | 1. Paid <br> 2. Account Closed | | | | 0.00 |

Sheet no. _2_ of _28_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   62,892.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31608 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Jeffrey K. Davis & Staci E. Davis_____ ,    Case No. _____

        **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  44166017002<br><br>Ballys<br>12440 E Imperial Hwy Ste<br>Norwalk, CA 90650 | | H | | | | | -1.00 |
| ACCOUNT NO.  2600117042007<br><br>Ballys*<br>8700 West Bryn Mawr<br>Chicago, IL, 60631 | | H | | | | | Notice Only |
| ACCOUNT NO.  44166017002<br><br>Ballys*<br>8700 West Bryn Mawr<br>Chicago, IL, 60631 | | H | | | | | Notice Only |
| ACCOUNT NO.  0375<br><br>Bank Of America<br>4060 Ogletown/stan<br>Newark, DE 19713 | | W | 1. Charge Off for $6273 on 12/08<br>2. Account Closed By Grantor | | | | 6,273.00 |
| ACCOUNT NO.  0375<br><br>Bank Of America*<br>Attn: Bankruptcy NC4-105-02-77<br>PO Box 26012<br>Greensboro, NC, 27410 | | W | | | | | Notice Only |

Sheet no.  3   of  28   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   | $ | 6,272.00 |

Total ➤   | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-751 - 31058 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Jeffrey K. Davis & Staci E. Davis_____ ,          Case No. _____
        **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  517805258122<br><br>Cap One<br>Po Box 85015<br>Richmond, VA 23285 | | H | 1. Collection<br>2. Account Closed By Grantor | | | | 10,081.00 |
| ACCOUNT NO.  517805261067<br><br>Cap One<br>Po Box 85015<br>Richmond, VA 23285 | | W | 1. Collection<br>2. Account Closed By Grantor | | | | 3,725.00 |
| ACCOUNT NO.  517805258122<br><br>Capital 1 Bank*<br>Attn: C/O TSYS Debt Management<br>PO Box 5155<br>Norcross, GA, 30091 | | H | | | | | Notice Only |
| ACCOUNT NO.  517805261067<br><br>Capital 1 Bank*<br>Attn: C/O TSYS Debt Management<br>PO Box 5155<br>Norcross, GA, 30091 | | W | | | | | Notice Only |
| ACCOUNT NO.  540168306254<br><br>Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | | H | 1. Collection<br>2. Account Closed By Grantor | | | | 875.00 |

Sheet no. __4__ of __28__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     14,681.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeffrey K. Davis & Staci E. Davis_____,        Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  517945661913 <br><br> Chase <br> 800 Brooksedge Blvd <br> Westerville, OH 43081 | | H | 1. Paid <br> 2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO.  436611101931 <br><br> Chase <br> 800 Brooksedge Blvd <br> Westerville, OH 43081 | | W | | | | | -1.00 |
| ACCOUNT NO.  540168306254 <br><br> Chase - Cc* <br> Attention:  Banktruptcy Department <br> PO Box 15298 <br> Wilmington, DE, 19850 | | H | | | | | Notice Only |
| ACCOUNT NO.  436611101931 <br><br> Chase - Cc* <br> Attention:  Banktruptcy Department <br> PO Box 15298 <br> Wilmington, DE, 19850 | | W | | | | | Notice Only |
| ACCOUNT NO.  517945661913 <br><br> Chase* <br> Attn: Bankruptcy Dept <br> PO Box 100018 <br> Kennesaw, GA, 30156 | | H | | | | | Notice Only |

Sheet no. __5__ of __28__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | -1.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31088 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Jeffrey K. Davis & Staci E. Davis_____,    Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1010142987<br><br>Chrysler Financial<br>5225 Crooks Rd Ste 140<br>Troy, MI 48098 | | H | 1. Paid<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO.  79450119041180989<br><br>Cit Bank/dfs<br>12234 N Ih 35 Sb Bldg B<br>Austin, TX 78753 | | H | 1. Charge Off for $2200 on 10/08<br>2. Account Closed By Grantor | | | | 2,200.00 |
| ACCOUNT NO.  542418065002<br><br>Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | | H | | | | | 0.00 |
| ACCOUNT NO.  541065498514<br><br>Citi<br>Pob 6241<br>Sioux Falls, SD 57117 | | H | 1. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO.  37588746020<br><br>Citi Corp Credit Services*<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO, 64195 | | W | | | | | Notice Only |

Sheet no. __6__ of __28__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,200.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31688 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeffrey K. Davis & Staci E. Davis_____,        Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   3758874 <br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> PO Box 20507 <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO.   37588746023 <br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> PO Box 20507 <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO.   3758874 <br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> PO Box 20507 <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO.   37588746027 <br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> PO Box 20507 <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO.   37588746021 <br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> PO Box 20507 <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |

Sheet no. _7_ of _28_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31088 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeffrey K. Davis & Staci E. Davis_____,          Case No. _____
       **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  37588746022 <br><br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> PO Box 20507 <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO.  37588746024 <br><br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> PO Box 20507 <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO.  37588746025 <br><br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> PO Box 20507 <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO.  37588746026 <br><br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> PO Box 20507 <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO.  3758874 <br><br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> PO Box 20507 <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |

Sheet no. __8__ of __28__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 0.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31658 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeffrey K. Davis & Staci E. Davis _____,        Case No. _____
              **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3758874 <br><br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> PO Box 20507 <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO.  3758874 <br><br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> PO Box 20507 <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO.  3758874 <br><br> Citi Corp Credit Services* <br> Attn: Centralized Bankruptcy <br> PO Box 20507 <br> Kansas City, MO, 64195 | | W | | | | | Notice Only |
| ACCOUNT NO.  37588746029 <br><br> Citibank <br> 701 East 60th Stre <br> Sioux Falls, SD 57104 | | W | | | | | 22,587.00 |
| ACCOUNT NO.  37588746028 <br><br> Citibank <br> 701 East 60th Stre <br> Sioux Falls, SD 57104 | | W | | | | | 18,144.00 |

Sheet no. __9__ of __28__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  40,731.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeffrey K. Davis & Staci E. Davis _____ ,     Case No. _____
                **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  37588746020 <br><br> Citibank N A <br> 701 East 60th Stre <br> Sioux Falls, SD 57104 | | W | | | | | 17,837.00 |
| ACCOUNT NO.  37588746023 <br><br> Citibank N A <br> 701 East 60th Stre <br> Sioux Falls, SD 57104 | | W | | | | | 4,369.00 |
| ACCOUNT NO.  37588746027 <br><br> Citibank N A <br> 701 East 60th Stre <br> Sioux Falls, SD 57104 | | W | 1. Refinanced <br> 2. Account Closed <br> 3. ACCOUNT TRANSFERRED | | | | -1.00 |
| ACCOUNT NO.  37588746021 <br><br> Citibank N A <br> 701 East 60th Stre <br> Sioux Falls, SD 57104 | | W | 1. Refinanced <br> 2. Account Closed <br> 3. ACCOUNT TRANSFERRED | | | | -1.00 |
| ACCOUNT NO.  37588746022 <br><br> Citibank N A <br> 701 East 60th Stre <br> Sioux Falls, SD 57104 | | W | 1. Refinanced <br> 2. Account Closed <br> 3. ACCOUNT TRANSFERRED | | | | -1.00 |

Sheet no.  10  of  28  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     22,203.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeffrey K. Davis & Staci E. Davis _____ ,        Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   37588746024<br><br>Citibank N A<br>701 East 60th Stre<br>Sioux Falls, SD 57104 | | W | 1. Refinanced<br>2. Account Closed<br>3. ACCOUNT TRANSFERRED | | | | -1.00 |
| ACCOUNT NO.   37588746025<br><br>Citibank N A<br>701 East 60th Stre<br>Sioux Falls, SD 57104 | | W | 1. Refinanced<br>2. Account Closed<br>3. ACCOUNT TRANSFERRED | | | | -1.00 |
| ACCOUNT NO.   37588746026<br><br>Citibank N A<br>701 East 60th Stre<br>Sioux Falls, SD 57104 | | W | 1. Refinanced<br>2. Account Closed<br>3. ACCOUNT TRANSFERRED | | | | -1.00 |
| ACCOUNT NO.   3758874<br><br>Citibank Stu<br>701 East 60th Stre<br>Sioux Falls, SD 57104 | | W | | | | | 22,587.00 |
| ACCOUNT NO.   3758874<br><br>Citibank Stu<br>701 East 60th Stre<br>Sioux Falls, SD 57104 | | W | | | | | 18,144.00 |

Sheet no.  11  of  28  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  40,728.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31088 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeffrey K. Davis & Staci E. Davis_____,          Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3758874 <br><br> Citibank Stu <br> 701 East 60th Stre <br> Sioux Falls, SD 57104 | | W | | | | | 17,837.00 |
| ACCOUNT NO.  3758874 <br><br> Citibank Stu <br> 701 East 60th Stre <br> Sioux Falls, SD 57104 | | W | | | | | 4,369.00 |
| ACCOUNT NO.  3758874 <br><br> Citibank Stu <br> 701 East 60th Stre <br> Sioux Falls, SD 57104 | | W | 1. Refinanced <br> 2. Account Closed | | | | 0.00 |
| ACCOUNT NO.  3758874 <br><br> Citibank Stu <br> 701 East 60th Stre <br> Sioux Falls, SD 57104 | | W | 1. Refinanced <br> 2. Account Closed | | | | 0.00 |
| ACCOUNT NO.  3758874 <br><br> Citibank Stu <br> 701 East 60th Stre <br> Sioux Falls, SD 57104 | | W | 1. Refinanced <br> 2. Account Closed | | | | 0.00 |

Sheet no.   12   of  28   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $         22,206.00

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31088 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeffrey K. Davis & Staci E. Davis_____ ,          Case No. _____
           **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3758874<br><br>Citibank Stu<br>701 East 60th Stre<br>Sioux Falls, SD 57104 | | W | 1. Refinanced<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO.  6035320155102112<br><br>Citibank Usa*<br>Attn.: Centralized  Bankruptcy<br>PO Box 20507<br>Kansas City, MO, 64195 | | H | | | | | Notice Only |
| ACCOUNT NO.  17199322<br><br>Corporate<br>23220 Chagrin<br>Beachwood, OH 44122 | | W | 1. Collection | | | | 173.00 |
| ACCOUNT NO.  639072320<br><br>Credit First N A<br>6275 Eastland Rd<br>Brook Park, OH 44142 | | H | | | | | 0.00 |
| ACCOUNT NO.  639072320<br><br>Credit First*<br>PO Box 818011<br>Cleveland, OH, 44181 | | H | | | | | Notice Only |

Sheet no.  13  of  28  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                173.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Jeffrey K. Davis & Staci E. Davis_____,    Case No. _____
             **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  79450119041180989 <br><br> Dell Financial Services* <br> Attn: Bankruptcy Dept. <br> 12234 North IH 35 <br> Austin, TX, 78753 | | H | | | | | Notice Only |
| ACCOUNT NO.  601100108028 <br><br> Discover Fin Svcs Llc <br> Po Box 15316 <br> Wilmington, DE 19850 | | H | 1. Paid <br> 2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO.  601100250608 <br><br> Discover Fin Svcs Llc <br> Po Box 15316 <br> Wilmington, DE 19850 | | W | | | | | 0.00 |
| ACCOUNT NO.  601100108028 <br><br> Discover Fin* <br> Attention:  Bankruptcy Department <br> PO Box 3025 <br> New Albany, OH, 43054 | | H | | | | | Notice Only |
| ACCOUNT NO.  601100250608 <br><br> Discover Fin* <br> Attention:  Bankruptcy Department <br> PO Box 3025 <br> New Albany, OH, 43054 | | W | | | | | Notice Only |

Sheet no.  14  of  28  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $             0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeffrey K. Davis & Staci E. Davis_____,          Case No. _____
                    **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4221323590120 <br><br> Dsnb Macys <br> 9111 Duke Blvd <br> Mason, OH 45040 | | H | | | | | 0.00 |
| ACCOUNT NO.  5178007635503030 <br><br> First Premier Bank <br> 601 S Minnesota Ave <br> Sioux Falls, SD 57104 | | H | 1. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO.  438857525185 <br><br> First Usa Bank <br> Po Box 8650 <br> Wilmington, DE 19899 | | H | 1. Paid <br> 2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO.  490519570 <br><br> G C Services <br> 6330 Gulfton St Ste 400 <br> Houston, TX 77081 | | H | 1. Collection | | | | 89.00 |
| ACCOUNT NO.  490519570 <br><br> GC Services* <br> Attn: Bankruptcy <br> 6330 Gulfton St. Ste 400 <br> Houston, TX, 77081 | | H | | | | | Notice Only |

Sheet no. __15__ of __28__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  89.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Jeffrey K. Davis & Staci E. Davis_____,        Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  601919100319 <br><br> GEMB / HH Gregg* <br> Attention:  Bankruptcy <br> PO Box 103106 <br> Roswell, GA, 30076 | | H | | | | | Notice Only |
| ACCOUNT NO.  601859622008 <br><br> GEMB / Old Navy* <br> Attention:  Bankruptcy <br> PO Box 103106 <br> Roswell, GA, 30076 | | W | | | | | Notice Only |
| ACCOUNT NO.  601859050276 <br><br> Gemb/banana Rep <br> Po Box 981400 <br> El Paso, TX 79998 | | H | 1. Account Closed | | | | 0.00 |
| ACCOUNT NO.  601859004149 <br><br> Gemb/banana Rep <br> Po Box 981400 <br> El Paso, TX 79998 | | H | 1. Account Closed | | | | 0.00 |
| ACCOUNT NO.  601859050276 <br><br> Gemb/banana Rep* <br> PO Box 103104 <br> Roswell, GA, 30076 | | H | | | | | Notice Only |

Sheet no. __16__ of __28__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeffrey K. Davis & Staci E. Davis _____,        Case No. _____
              **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  601859004149<br><br>Gemb/banana Rep*<br>PO Box 103104<br>Roswell, GA, 30076 | | H | | | | | Notice Only |
| ACCOUNT NO.  601918038133<br><br>Gemb/care Credit<br>Po Box 981439<br>El Paso, TX 79998 | | H | 1. Charge Off for $2917 on 12/08<br>2. Account Closed By Grantor | | | | 2,917.00 |
| ACCOUNT NO.  601859506513<br><br>Gemb/gap<br>Po Box 981400<br>El Paso, TX 79998 | | H | 1. Account Closed | | | | 0.00 |
| ACCOUNT NO.  601859520180<br><br>Gemb/gap<br>Po Box 981400<br>El Paso, TX 79998 | | W | 1. Account Closed | | | | 0.00 |
| ACCOUNT NO.  601859506513<br><br>Gemb/gap*<br>Attention:  Bankruptcy<br>PO Box 103106<br>Roswell, GA, 30076 | | H | | | | | Notice Only |

Sheet no.   17   of   28   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 2,917.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Jeffrey K. Davis & Staci E. Davis _____,  Case No. _____

Debtor  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 601859520180 <br><br> Gemb/gap* <br> Attention:  Bankruptcy <br> PO Box 103106 <br> Roswell, GA, 30076 | | W | | | | | Notice Only |
| ACCOUNT NO. 601859622008 <br><br> Gemb/old Navy <br> Po Box 981400 <br> El Paso, TX 79998 | | W | 1. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 601917032730 <br><br> Gemb/pc Richard <br> Po Box 981439 <br> El Paso, TX 79998 | | H | 1. Charge Off for $664 on 11/08 <br> 2. Account Closed By Grantor | | | | 664.00 |
| ACCOUNT NO. 601919100319 <br><br> Gemb/sleepys <br> Po Box 981439 <br> El Paso, TX 79998 | | H | 1. Account Closed By Grantor | | | | 0.00 |
| ACCOUNT NO. 5491098617810477 <br><br> Hsbc Bank <br> Po Box 5253 <br> Carol Stream, IL 60197 | | W | 1. Collection <br> 2. Account Closed By Grantor | | | | 7,841.00 |

Sheet no. 18 of 28 continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  8,505.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31088 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeffrey K. Davis & Staci E. Davis_____,        Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 515593000342<br><br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | | H | 1. Paid<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO. 5491098617810477<br><br>Hsbc Bank*<br>ATTN: BANKRUPTCY<br>PO BOX 5253<br>Carol Stream, IL, 60197 | | W | | | | | Notice Only |
| ACCOUNT NO. 515593000342<br><br>Hsbc Bank*<br>ATTN: BANKRUPTCY<br>PO BOX 5253<br>Carol Stream, IL, 60197 | | H | | | | | Notice Only |
| ACCOUNT NO. 98144721155001<br><br>Keybank NA*<br>Attention:  Bankruptcy<br>PO Box 94968<br>Cleveland, OH, 44101 | | H | | | | | Notice Only |
| ACCOUNT NO. 98144721155005<br><br>Keybank NA*<br>Attention:  Bankruptcy<br>PO Box 94968<br>Cleveland, OH, 44101 | | H | | | | | Notice Only |

Sheet no.   19   of   28   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                   0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731  -  31658 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Jeffrey K. Davis & Staci E. Davis_____,          Case No. _____
_____**Debtor**_____                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  98144721155002<br><br>Keybank NA*<br>Attention:  Bankruptcy<br>PO Box 94968<br>Cleveland, OH, 44101 | | H | | | | | Notice Only |
| ACCOUNT NO.  98144721155006<br><br>Keybank NA*<br>Attention:  Bankruptcy<br>PO Box 94968<br>Cleveland, OH, 44101 | | H | | | | | Notice Only |
| ACCOUNT NO.  98144721155004<br><br>Keybank NA*<br>Attention:  Bankruptcy<br>PO Box 94968<br>Cleveland, OH, 44101 | | H | | | | | Notice Only |
| ACCOUNT NO.  98144721155003<br><br>Keybank NA*<br>Attention:  Bankruptcy<br>PO Box 94968<br>Cleveland, OH, 44101 | | H | | | | | Notice Only |
| ACCOUNT NO.  98144721155001<br><br>Keybank Usa<br>Po Box 94518<br>Cleveland, OH 44101 | | H | 1. Charge Off for $36770 on 01/09<br>2. Account Closed By Grantor | | | | 36,770.00 |

Sheet no. __20__ of __28__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 36,770.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31658 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeffrey K. Davis & Staci E. Davis                    ,          Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  98144721155005 <br><br> Keybank Usa <br> Po Box 94518 <br> Cleveland, OH 44101 | | H | 1. Charge Off for $36746 on 01/09 <br> 2. Account Closed By Grantor | | | | 36,746.00 |
| ACCOUNT NO.  98144721155002 <br><br> Keybank Usa <br> Po Box 94518 <br> Cleveland, OH 44101 | | H | 1. Charge Off for $35140 on 01/09 <br> 2. Account Closed By Grantor | | | | 35,140.00 |
| ACCOUNT NO.  98144721155006 <br><br> Keybank Usa <br> Po Box 94518 <br> Cleveland, OH 44101 | | H | 1. Charge Off for $16863 on 01/09 <br> 2. Account Closed By Grantor | | | | 16,863.00 |
| ACCOUNT NO.  98144721155004 <br><br> Keybank Usa <br> Po Box 94518 <br> Cleveland, OH 44101 | | H | 1. Charge Off for $11148 on 01/09 <br> 2. Account Closed By Grantor | | | | 11,148.00 |
| ACCOUNT NO.  98144721155003 <br><br> Keybank Usa <br> Po Box 94518 <br> Cleveland, OH 44101 | | H | 1. Charge Off for $1166 on 01/09 <br> 2. Account Closed By Grantor | | | | 1,166.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

Sheet no.  21  of  28  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 101,063.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re ___Jeffrey K. Davis & Staci E. Davis_____,    Case No. _____
                 **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4221323590120<br><br>Macys/fdsb*<br>Macy's Bankruptcy<br>PO Box 8053<br>Mason, OH, 45040 | | H | | | | | Notice Only |
| ACCOUNT NO. 2127650500<br><br>Msu Federal Credit Uni<br>3777 West Rd<br>East Lansing, MI 48823 | | W | 1. Paid<br>2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 460960042<br><br>National Collegiate Tr<br>2401 International Ln<br>Madison, WI 53704 | | W | | | | | 4,682.00 |
| ACCOUNT NO. 1203012005340322<br><br>Pnc Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222 | | W | 1. Paid<br>2. Account Closed By Consumer | | | | 0.00 |
| ACCOUNT NO. 25172781<br><br>Riggs Bank Na<br>5700 Rivertech Ct<br>Riverdale, MD 20737 | | W | 1. Paid<br>2. Account Closed | | | | 0.00 |

Sheet no. __22__ of __28__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  4,682.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeffrey K. Davis & Staci E. Davis_____,         Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2564 <br><br> Riggs Bnk Na <br> 5700 Rivertech Ct <br> Riverdale, MD 20737 | | W | 1. Account Closed | | | | 0.00 |
| ACCOUNT NO.  773857345 <br><br> Rshk/cbsd <br> Po Box 6497 <br> Sioux Falls, SD 57117 | | H | | | | | 0.00 |
| ACCOUNT NO.  773857345 <br><br> Rshk/cbsd* <br> Attn.: Centralized  Bankruptcy <br> PO Box 20507 <br> Kansas City, MO, 64195 | | H | | | | | Notice Only |
| ACCOUNT NO.  905651620910001200030303 <br><br> Sallie Mae <br> 1002 Arthur Dr <br> Lynn Haven, FL 32444 | | W | | | | | 13,661.00 |
| ACCOUNT NO.  992652680910003 <br><br> Sallie Mae <br> 1002 Arthur Dr <br> Lynn Haven, FL 32444 | | H | 1. Paid <br> 2. Account Closed | | | | 0.00 |

Sheet no. __23__ of __28__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤      $            13,661.00

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeffrey K. Davis & Staci E. Davis_____,      Case No. _____
   **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3758874601016<br><br>Sallie Mae<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | | W | 1. Transferred<br>2. Account Closed<br>3. STUDENT LOAN PAYMENT DEFERRED | | | | -1.00 |
| ACCOUNT NO.  992652680910004<br><br>Sallie Mae<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | | H | 1. Paid<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO.  992652680910002<br><br>Sallie Mae<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | | H | 1. Paid<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO.  992652680910001<br><br>Sallie Mae<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | | H | 1. Paid<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO.  992652680910005<br><br>Sallie Mae<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | | H | 1. Paid<br>2. Account Closed | | | | 0.00 |

Sheet no. __24__ of __28__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      -1.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re _____Jeffrey K. Davis & Staci E. Davis_____ ,        Case No. _____

                       **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   992652680910006<br><br>Sallie Mae<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | | H | 1. Paid<br>2. Account Closed | | | | 0.00 |
| ACCOUNT NO.   3758874601016<br><br>Sallie Mae Servicing<br>Pob 9500<br>Wilkes Barre, PA 18773 | | W | 1. Transferred<br>2. Account Closed<br>3. STUDENT LOAN PAYMENT DEFERRED | | | | -1.00 |
| ACCOUNT NO.   3758874601016<br><br>Sallie Mae Servicing*<br>Attn: Claims Dept<br>PO Box 9500<br>Wilkes-Barre, PA, 18773 | | W | | | | | Notice Only |
| ACCOUNT NO.   375887460101F<br><br>Sallie Mae Servicing*<br>Attn: Claims Dept<br>PO Box 9500<br>Wilkes-Barre, PA, 18773 | | W | | | | | Notice Only |
| ACCOUNT NO.   90565162091000120030303<br><br>Sallie Mae*<br>Attn: Claims Dept<br>PO Box 9500<br>Wilkes Barre, PA, 18773 | | W | | | | | Notice Only |

Sheet no. __25__ of __28__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        -1.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31688 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Jeffrey K. Davis & Staci E. Davis_____,    Case No. _____
           **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  992652680910003 <br><br> Sallie Mae* <br> Attn: Claims Dept <br> PO Box 9500 <br> Wilkes Barre, PA, 18773 | | H | | | | | Notice Only |
| ACCOUNT NO.  3758874601016 <br><br> Sallie Mae* <br> Attn: Claims Dept <br> PO Box 9500 <br> Wilkes Barre, PA, 18773 | | W | | | | | Notice Only |
| ACCOUNT NO.  992652680910004 <br><br> Sallie Mae* <br> Attn: Claims Dept <br> PO Box 9500 <br> Wilkes Barre, PA, 18773 | | H | | | | | Notice Only |
| ACCOUNT NO.  992652680910002 <br><br> Sallie Mae* <br> Attn: Claims Dept <br> PO Box 9500 <br> Wilkes Barre, PA, 18773 | | H | | | | | Notice Only |
| ACCOUNT NO.  992652680910001 <br><br> Sallie Mae* <br> Attn: Claims Dept <br> PO Box 9500 <br> Wilkes Barre, PA, 18773 | | H | | | | | Notice Only |

Sheet no. _26_ of _28_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31688 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re ___Jeffrey K. Davis & Staci E. Davis_____,    Case No. _____
                **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  992652680910005 <br><br> Sallie Mae* <br> Attn: Claims Dept <br> PO Box 9500 <br> Wilkes Barre, PA, 18773 | | H | | | | | Notice Only |
| ACCOUNT NO.  992652680910006 <br><br> Sallie Mae* <br> Attn: Claims Dept <br> PO Box 9500 <br> Wilkes Barre, PA, 18773 | | H | | | | | Notice Only |
| ACCOUNT NO.  375887460101F <br><br> Sm Servicing <br> Pob 9500 <br> Wilkes Barre, PA 18773 | | W | 1. Account Closed <br> 2. STUDENT LOAN NOT IN REPAYMENT | | | | 0.00 |
| ACCOUNT NO.  435237505036 <br><br> Target N.b. <br> Po Box 673 <br> Minneapolis, MN 55440 | | H | 1. Account Closed By Grantor | | | | 0.00 |
| ACCOUNT NO.  6035320155102112 <br><br> Thd/cbsd <br> Po Box 6497 <br> Sioux Falls, SD 57117 | | H | 1. Account Closed By Grantor | | | | 0.00 |

Sheet no. __27__ of __28__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $        0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31688 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeffrey K. Davis & Staci E. Davis_____,          Case No. _____
                        **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  435237505036 <br><br> Tnb-visa* <br> PO Box 9475 <br> Minneapolis, MN, 55440 | | H | | | | | Notice Only |
| ACCOUNT NO.  10076567 <br><br> United Fin <br> 333 Washington Blv <br> Marina Del Rey, CA 90292 | | W | 1. Collection | | | | 200.00 |
| ACCOUNT NO.  839008326 <br><br> Volkswagon Credit Inc* <br> 1401 Franklin Blvd <br> Libertyville, IL, 60048 | | H | | | | | Notice Only |
| ACCOUNT NO.  839008326 <br><br> Vw Credit Inc <br> 1401 Franklin Blvd <br> Libertyville, IL 60048 | | H | 1. Account Closed | | | | 265.00 |
| ACCOUNT NO.  5856372002017645 <br><br> Wfnnb/j Crew <br> Po Box 182273 <br> Columbus, OH 43218 | | W | | | | | 0.00 |

Sheet no.  28  of  28  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $        465.00

Total ► $   395,032.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31658 - Adobe PDF

B6G (Official Form 6G) (12/07)

In re _____Jeffrey K. Davis & Staci E. Davis_____    Case No. _____
               **Debtor**                                               **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re  Jeffrey K. Davis & Staci E. Davis                    Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

B6I (Official Form 6I) (12/07)

In re    Jeffrey K. Davis & Staci E. Davis    Case

    Debtor                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:    Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Temporary Contract Attorney | Staci Davis |
| Name of Employer | Robert Half Legal | Baruch College |
| How long employed | 2 weeks | 4 years |
| Address of Employer | 245 Park Avenue, 25th Floor | 137 E 25th Street |
| | New York, NY 10167 | New York, NY 10016 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 3,120.00 | $ 5,980.00 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 3,120.00 | $ 5,980.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 264.33 | $ 869.26 |
| | b. Insurance | $ 0.00 | $ 772.61 |
| | c. Union Dues | $ 0.00 | $ 62.81 |
| | d. Other (Specify: _(D)Social Security/NYC tax/Disability  (S)NY city tax/Social Security | $ 279.93 | $ 520.60 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 544.26 | $ 2,225.28 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 2,575.74 | $ 3,754.72 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income (Specify) | $ 0.00 $ 0.00 | $ 0.00 $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 2,575.74 | $ 3,754.72 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 6,330.46 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    None

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31088 - Adobe PDF

In re  Jeffrey K. Davis & Staci E. Davis                                    Case No.  _____
_____                                      (if known)
                Debtor

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,500.00 |
|     a. Are real estate taxes included?  Yes _____  No ✓ | | |
|     b. Is property insurance included?  Yes _____  No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 250.00 |
|           b. Water and sewer | $ | 0.00 |
|           c. Telephone | $ | 275.00 |
|           d. Other cable | $ | 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 350.00 |
| 6. Laundry and dry cleaning | $ | 300.00 |
| 7. Medical and dental expenses | $ | 160.00 |
| 8. Transportation (not including car payments) | $ | 275.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|           a. Homeowner's or renter's | $ | 0.00 |
|           b. Life | $ | 0.00 |
|           c. Health | $ | 0.00 |
|           d. Auto | $ | 0.00 |
|           e. Other  Pet Insurance | $ | 65.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  Taxes | $ | 75.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|           a. Auto | $ | 0.00 |
|           b. Other  Student loan | $ | 340.00 |
|           c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  Pet food, gym, Pet medical (Cancer Medicine) | $ | 300.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ | 6,290.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
|     a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $3,754.72. See Schedule I) | $ | 6,330.46 |
|     b. Average monthly expenses from Line 18 above | $ | 6,290.00 |
|     c. Monthly net income (a. minus b.)  (Net includes Debtor/Spouse combined Amounts) | $ | 40.46 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-751 - 31088 - Adobe PDF

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  Jeffrey K. Davis & Staci E. Davis
_____

Debtor

Case No. _____

Chapter ___7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $          0.00 | | |
| B – Personal Property | YES | 3 | $      3,741.00 | | |
| C –  Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $          0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $      2,069.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 29 | | $    395,032.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $      6,330.46 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $      6,290.00 |
| TOTAL | | 42 | $      3,741.00 | $    397,101.00 | |

# United States Bankruptcy Court
## Southern District of New York

In re   Jeffrey K. Davis & Staci E. Davis _____   Case No. _____
        Debtor

        Chapter   ___7___

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 1,500.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 340,061.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 341,561.00 |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ 6,330.46 |
| Average Expenses (from Schedule J, Line 18) | $ 6,290.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 11,341.66 |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 2,089.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4.  Total from Schedule F | | $ 395,032.00 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 395,032.00 |

B6 (Official Form 6 - Declaration) (12/07)

Jeffrey K. Davis & Staci E. Davis

In re _____                    Case No. _____
               **Debtor**                                                                  **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____44_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __5/18/2009_____         Signature: ___/s/ Jeffrey K. Davis_____
                                                                                        **Debtor:**

Date __5/18/2009_____         Signature: ___/s/ Staci E. Davis_____
                                                                                   **(Joint Debtor, if any)**

[If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any,                                    Social Security No.
of Bankruptcy Petition Preparer                                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____                    _____
   Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____         Signature: _____

                                                                                 _____
                                                                                 [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

----------------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In Re  Jeffrey K. Davis & Staci E. Davis                     Case No. _____
                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2009(db) | 27,849 | Income from Employment |
| 2008(db) | 70,536 | Income from Employment |
| 2007(db) | 11,454 | Income from Employment |
| | | |
| 2009(jdb) | 23,902 | Income from Employment |
| 2008(jdb) | 45,014 | Income from Employment |
| 2007(jdb) | 43,037 | Income from Employment |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31088 - Adobe PDF

**2.    Income other than from employment or operation of business**

None

☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

2009(db)              6,828          Severance, and unemployment benefits

(db)

---

None

☒    **3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None

☒    *b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*)  any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative   repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

None
☒

a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☒

b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31088 - Adobe PDF

**6.  Assignments and Receiverships**

None ☒   a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☒   b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None  ☐     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION OR VALUE OF PROPERTY |
|---|---|---|
| Wilens & Baker, P.C. 450 Seventh Avenue, 12th Floor New York, NY 10123 | 5/18/2009 | $2,839 for Attorney fees, Court fees, and Credit Report |

**10. Other transfers**

None  ☒     a.     List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  ☒     b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None  ☐     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| HSBC Bank | Checking Account 086 for Joint Debtor and Joint Account no. 586 Closing Balance: 0 | 9/2008 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31088 - Adobe PDF

**12.  Safe deposit boxes**

None

☒

    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None

☒

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None

☒

    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None

☐

    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 317 E 91st Street, Apt. 2F New York, NY 10013 | Jeff and Staci Davis | April 15, 2008-March 31, 2009 |

**16.  Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
☒

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

## [Questions 19 - 25 are not applicable to this case]

\*    \*    \*    \*    \*    \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   5/18/2009              Signature of Debtor    /s/ Jeffrey K. Davis

                                                      JEFFREY K. DAVIS

Date   5/18/2009              Signature of Joint Debtor    /s/ Staci E. Davis

                                                      STACI E. DAVIS

_0_ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

Jeffrey K. Davis & Staci E. Davis

In re _____ ,    Case No. _____
                    Debtor                                      Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No.  1    NO SECURED PROPERTY | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
   ❑ Surrendered       ❑ Retained

If retaining the property, I intend to *(check at least one)*:
   ❑ Redeem the property
   ❑ Reaffirm the debt
   ❑ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
   ❑ Claimed as exempt       ❑ Not claimed as exempt

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
   ❑ Surrendered       ❑ Retained

If retaining the property, I intend to *(check at least one)*:
   ❑ Redeem the property
   ❑ Reaffirm the debt
   ❑ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
   ❑ Claimed as exempt       ❑ Not claimed as exempt

B8 (Official Form 8) (12/08)                                                                    Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No.  1      NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

| Property No.  2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

| Property No.  3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES        ☐ NO |

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: _5/18/2009_____               /s/ Jeffrey K. Davis_____
                                                Signature of Debtor


                                                /s/ Staci E. Davis_____
                                                Signature of Joint Debtor

B 201 (12/08)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

### Chapter 13:   Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:   Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:   Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____         _____
Printed Name and title, if any, of Bankruptcy Petition Preparer         Social Security number (If the bankruptcy petition
Address:         preparer is not an individual, state the Social Security
_____         number of the officer, principal, responsible person, or partner of
         the bankruptcy petition preparer.)  (Required
         by 11 U.S.C. § 110.)
X_____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Jeffrey K. Davis & Staci E. Davis _____         X /s/ Jeffrey K. Davis          5/18/2009
Printed Name(s) of Debtor(s)         Signature of Debtor          Date

Case No. (if known) _____         X /s/ Staci E. Davis          5/18/2009
         Signature of Joint Debtor (if any)    Date

Afni, Inc.
Po Box 3097
Bloomington, IL 61702


American Express*
c/o Becket and Lee
PO Box 3001
Malvern, PA, 19355


American Express*
c/o Becket and Lee
PO Box 3001
Malvern, PA, 19355


American Express*
c/o Becket and Lee
PO Box 3001
Malvern, PA, 19355


American Express*
c/o Becket and Lee
PO Box 3001
Malvern, PA, 19355


Amex
P.o. Box 981537
El Paso, TX 79998


Amex
P.o. Box 981537
El Paso, TX 79998


Amex
P.o. Box 981537
El Paso, TX 79998


Amex
P.o. Box 981537
El Paso, TX 79998


Amex
P.o. Box 981537
El Paso, TX 79998

AMS Education Loan
Trust/Wilmington Trust
c/o Sallie Mae
220 Lasley Avenue
Wilkes-Barre, PA 18706


Ashwood Financial Inc
6319 S East St # A
Indianapolis, IN 46227


Ashwood Financial Inc
6319 S East St # A
Indianapolis, IN 46227


Bally Total Fitness
12440 E Imperial Hwy #30
Norwalk, CA 90650


Ballys
12440 E Imperial Hwy Ste
Norwalk, CA 90650


Ballys*
8700 West Bryn Mawr
Chicago, IL, 60631


Ballys*
8700 West Bryn Mawr
Chicago, IL, 60631


Bank Of America
4060 Ogletown/stan
Newark, DE 19713


Bank Of America*
Attn: Bankruptcy NC4-105-02-77
PO Box 26012
Greensboro, NC, 27410


Cap One
Po Box 85015
Richmond, VA 23285

Cap One
Po Box 85015
Richmond, VA 23285


Capital 1 Bank*
Attn: C/O TSYS Debt Management
PO Box 5155
Norcross, GA, 30091


Capital 1 Bank*
Attn: C/O TSYS Debt Management
PO Box 5155
Norcross, GA, 30091


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Chase - Cc*
Attention:  Banktruptcy Department
PO Box 15298
Wilmintgon, DE, 19850


Chase - Cc*
Attention:  Banktruptcy Department
PO Box 15298
Wilmintgon, DE, 19850


Chase*
Attn: Bankruptcy Dept
PO Box 100018
Kennesaw, GA, 30156


Chrysler Financial
5225 Crooks Rd Ste 140
Troy, MI 48098

Cit Bank/dfs
12234 N Ih 35 Sb Bldg B
Austin, TX 78753


Citi
Po Box 6241
Sioux Falls, SD 57117


Citi
Pob 6241
Sioux Falls, SD 57117


Citi Corp Credit Services*
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Citi Corp Credit Services*
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Citi Corp Credit Services*
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Citi Corp Credit Services*
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Citi Corp Credit Services*
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Citi Corp Credit Services*
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO, 64195

```
Citi Corp Credit Services*
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Citi Corp Credit Services*
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Citi Corp Credit Services*
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Citi Corp Credit Services*
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Citi Corp Credit Services*
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Citi Corp Credit Services*
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Citi Corp Credit Services*
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Citi Corp Credit Services*
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Citibank
701 East 60th Stre
Sioux Falls, SD 57104
```

```
Citibank
701 East 60th Stre
Sioux Falls, SD 57104


Citibank N A
701 East 60th Stre
Sioux Falls, SD 57104


Citibank N A
701 East 60th Stre
Sioux Falls, SD 57104


Citibank N A
701 East 60th Stre
Sioux Falls, SD 57104


Citibank N A
701 East 60th Stre
Sioux Falls, SD 57104


Citibank N A
701 East 60th Stre
Sioux Falls, SD 57104


Citibank N A
701 East 60th Stre
Sioux Falls, SD 57104


Citibank N A
701 East 60th Stre
Sioux Falls, SD 57104


Citibank N A
701 East 60th Stre
Sioux Falls, SD 57104


Citibank Stu
701 East 60th Stre
Sioux Falls, SD 57104


Citibank Stu
701 East 60th Stre
Sioux Falls, SD 57104
```

Citibank Stu
701 East 60th Stre
Sioux Falls, SD 57104


Citibank Stu
701 East 60th Stre
Sioux Falls, SD 57104


Citibank Stu
701 East 60th Stre
Sioux Falls, SD 57104


Citibank Stu
701 East 60th Stre
Sioux Falls, SD 57104


Citibank Stu
701 East 60th Stre
Sioux Falls, SD 57104


Citibank Stu
701 East 60th Stre
Sioux Falls, SD 57104


Citibank Usa*
Attn.: Centralized   Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Corporate
23220 Chagrin
Beachwood, OH 44122


Credit First N A
6275 Eastland Rd
Brook Park, OH 44142


Credit First*
PO Box 818011
Cleveland, OH, 44181

Dell Financial Services*
Attn: Bankruptcy Dept.
12234 North IH 35
Austin, TX, 78753


Department of the Treasury
Internal Revenue Service
110 W. 44th St.
New York, NY 10036


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Discover Fin*
Attention:  Bankruptcy Department
PO Box 3025
New Albany, OH, 43054


Discover Fin*
Attention:  Bankruptcy Department
PO Box 3025
New Albany, OH, 43054


Dsnb Macys
9111 Duke Blvd
Mason, OH 45040


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


First Usa Bank
Po Box 8650
Wilmington, DE 19899


G C Services
6330 Gulfton St Ste 400
Houston, TX 77081

GC Services*
Attn: Bankruptcy
6330 Gulfton St. Ste 400
Houston, TX, 77081


GEMB / HH Gregg*
Attention:  Bankruptcy
PO Box 103106
Roswell, GA, 30076


GEMB / Old Navy*
Attention:  Bankruptcy
PO Box 103106
Roswell, GA, 30076


Gemb/banana Rep
Po Box 981400
El Paso, TX 79998


Gemb/banana Rep
Po Box 981400
El Paso, TX 79998


Gemb/banana Rep*
PO Box 103104
Roswell, GA, 30076


Gemb/banana Rep*
PO Box 103104
Roswell, GA, 30076


Gemb/care Credit
Po Box 981439
El Paso, TX 79998


Gemb/gap
Po Box 981400
El Paso, TX 79998


Gemb/gap
Po Box 981400
El Paso, TX 79998

```
Gemb/gap*
Attention:  Bankruptcy
PO Box 103106
Roswell, GA, 30076


Gemb/gap*
Attention:  Bankruptcy
PO Box 103106
Roswell, GA, 30076


Gemb/old Navy
Po Box 981400
El Paso, TX 79998


Gemb/pc Richard
Po Box 981439
El Paso, TX 79998


Gemb/sleepys
Po Box 981439
El Paso, TX 79998


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc Bank*
ATTN: BANKRUPTCY
PO BOX 5253
Carol Stream, IL, 60197


Hsbc Bank*
ATTN: BANKRUPTCY
PO BOX 5253
Carol Stream, IL, 60197


Keybank NA*
Attention:  Bankruptcy
PO Box 94968
Cleveland, OH, 44101
```

Keybank NA*
Attention:  Bankruptcy
PO Box 94968
Cleveland, OH, 44101


Keybank NA*
Attention:  Bankruptcy
PO Box 94968
Cleveland, OH, 44101


Keybank NA*
Attention:  Bankruptcy
PO Box 94968
Cleveland, OH, 44101


Keybank NA*
Attention:  Bankruptcy
PO Box 94968
Cleveland, OH, 44101


Keybank NA*
Attention:  Bankruptcy
PO Box 94968
Cleveland, OH, 44101


Keybank Usa
Po Box 94518
Cleveland, OH 44101


Keybank Usa
Po Box 94518
Cleveland, OH 44101


Keybank Usa
Po Box 94518
Cleveland, OH 44101


Keybank Usa
Po Box 94518
Cleveland, OH 44101


Keybank Usa
Po Box 94518
Cleveland, OH 44101

Keybank Usa
Po Box 94518
Cleveland, OH 44101


Macys/fdsb*
Macy's Bankruptcy
PO Box 8053
Mason, OH, 45040


Msu Federal Credit Uni
3777 West Rd
East Lansing, MI 48823


National Collegiate Tr
2401 International Ln
Madison, WI 53704


Pnc Bank
2730 Liberty Ave
Pittsburgh, PA 15222


Riggs Bank Na
5700 Rivertech Ct
Riverdale, MD 20737


Riggs Bnk Na
5700 Rivertech Ct
Riverdale, MD 20737


Rshk/cbsd
Po Box 6497
Sioux Falls, SD 57117


Rshk/cbsd*
Attn.: Centralized  Bankruptcy
PO Box 20507
Kansas City, MO, 64195


Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444

```
Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444


Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444


Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444


Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444


Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444


Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444


Sallie Mae
1002 Arthur Dr
Lynn Haven, FL 32444


Sallie Mae Servicing
Pob 9500
Wilkes Barre, PA 18773


Sallie Mae Servicing*
Attn: Claims Dept
PO Box 9500
Wilkes-Barre, PA, 18773


Sallie Mae Servicing*
Attn: Claims Dept
PO Box 9500
Wilkes-Barre, PA, 18773
```

```
Sallie Mae*
Attn: Claims Dept
PO Box 9500
Wilkes Barre, PA, 18773


Sallie Mae*
Attn: Claims Dept
PO Box 9500
Wilkes Barre, PA, 18773


Sallie Mae*
Attn: Claims Dept
PO Box 9500
Wilkes Barre, PA, 18773


Sallie Mae*
Attn: Claims Dept
PO Box 9500
Wilkes Barre, PA, 18773


Sallie Mae*
Attn: Claims Dept
PO Box 9500
Wilkes Barre, PA, 18773


Sallie Mae*
Attn: Claims Dept
PO Box 9500
Wilkes Barre, PA, 18773


Sallie Mae*
Attn: Claims Dept
PO Box 9500
Wilkes Barre, PA, 18773


Sallie Mae*
Attn: Claims Dept
PO Box 9500
Wilkes Barre, PA, 18773


Sm Servicing
Pob 9500
Wilkes Barre, PA 18773
```

State of New Jersey
New Jersey Division of Taxation
Information and Publications Branch
PO Box 281
Trenton, NJ 08695-0281


Target N.b.
Po Box 673
Minneapolis, MN 55440


Thd/cbsd
Po Box 6497
Sioux Falls, SD 57117


Tnb-visa*
PO Box 9475
Minneapolis, MN, 55440


United Fin
333 Washington Blv
Marina Del Rey, CA 90292


Volkswagon Credit Inc*
1401 Franklin Blvd
Libertyville, IL, 60048


Vw Credit Inc
1401 Franklin Blvd
Libertyville, IL 60048


Wfnnb/j Crew
Po Box 182273
Columbus, OH 43218

UNITED STATES BANKRUPTCY COURT
**Southern District of New York**

In re    Jeffrey K. Davis & Staci E. Davis                    ,
                        Debtor

Case No. _____

Chapter    7

**List of Equity Security Holders**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 31058 - Adobe PDF

B203
12/94

# United States Bankruptcy Court
## Southern District of New York

In re  Jeffrey K. Davis & Staci E. Davis

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................................................ $ ___2,500.00___

Prior to the filing of this statement I have received ........…………………........ $ ___2,500.00___

Balance Due ........................................…………………………………................ $ _____0.00_____

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☐ Debtor          ☑ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

___5/18/2009_____          ___/s/ Julio E. Portilla_____
Date                                                        Signature of Attorney

                                                             Wilens & Baker, P.C.
                                                             Name of law firm