UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                             :
                                                  :    Chapter 7
JEFFREY AND STACI DAVIS,                          :
                                                  :    Case No. 09-13288 (REG)
                              Debtor.             :
--------------------------------------------------------x

**STIPULATION AND ORDER DISCONTINUING THE EXTENSION OF THE UNITED STATES TRUSTEE'S AND CHAPTER 7 TRUSTEE'S RESPECTIVE TIME TO OBJECT TO DEBTOR'S DISCHARGE**

**WHEREAS**, the above captioned debtor (the "Debtor") has filed a petition under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, Yann Geron (the "Trustee") has been appointed chapter 7 trustee of the above-captioned bankruptcy estate; and

**WHEREAS**, the Trustee's and the United States Trustee's respective time to object to the Debtor's discharge was extended to and including October 26, 2009 upon request of the Trustee in order to allow the Trustee to complete his examination of the Debtor;

**IT IS NOW, THEREFORE, STIPULATED** by and between the parties hereto that the Trustee's and the United States Trustee's respective time to object to the Debtor's discharge pursuant to section 727 of the Bankruptcy Code be, and it hereby is, discontinued as of September 25, 2009.

Dated:   New York, New York
         September 18, 2009

                                              DEBTOR/ATTORNEY FOR DEBTOR

                                        By:    *s/ Julio E. Portilla*
                                               Name: Julio E. Portilla, Esq.
                                               Address: 450 Seventh Avenue
                                                        New York, NY 10075

                                               *s/ Yann Geron*
                                               Yann Geron, Chapter 7 trustee

**SO ORDERED:**

September **25**, 2009

*s/ Robert E. Gerber*
**HONORABLE ROBERT E. GERBER**
**UNITED STATES BANKRUPTCY JUDGE**

NY1 443658v1 09/18/09

NY1 443658v1 09/18/09