UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−X

| | |
|---|---|
| In Re: | **CHAPTER** 7 |
| Jeffrey K. Davis | **CASE NO.**: 09−13288−reg |
| Staci E. Davis | |
| Debtor(s) | |

−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−X

## AMENDED DISCHARGE OF DEBTOR ORDER OF FINAL DECREE

It has been brought to the Court's attention that the Discharge of Debtor Order of Final Decree entered in this case on September 28, 2009 was not in compliance with The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 due to a clerical error; and the Debtor having been required to comply with the Bankruptcy Code in effect at the time the discharge order was entered, see *Commissioner of Administrative Services v. Spell (In re Spell)*, 650 F.2d 375, 377 (2d Cir. 1981); it is hereby

**ORDERED** that pursuant to the power of this Court under 11 U.S.C. § 105(a) and Rule 60(a), which states that "[t]he court may correct a clerical mistake or mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice;" and is made applicable to bankruptcy cases under Federal Rule of Bankruptcy Procedure 9024, the order entered by the Court on September 28, 2009 is amended *nunc pro tunc* to comply with the Bankruptcy Code in effect at the time the discharge order was entered.

Dated: September 5, 2017
    New York , New York

/s/ Cecelia G. Morris
Hon. Cecelia G. Morris
Chief U.S. Bankrupty Judge

*Inquiries concerning this order may be directed to the Clerk's Office, at 212−668−2870.

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 09-13288-reg
Jeffrey K. Davis                                                          Chapter 7
Staci E. Davis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: admin              Page 1 of 3          Date Rcvd: Sep 06, 2017
                              Form ID: 155amend        Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
```
db            #+Jeffrey K. Davis,    301 E. 79th Street,    Apt. 14F,    New York, NY 10075-0938
jdb           #+Staci E. Davis,    301 E. 79th Street,    Apt. 14F,    New York, NY 10075-0938
aty           #+Yann Geron,    Fox Rothschild, LLP,    100 Park Avenue,    Suite 1500,    New York, NY 10017-5551
tr             +Yann Geron,    Fox Rothschild LLP,    101 Park Avenue,    Suite 1700,    New York, NY 10178-1700
smg             N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg             New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
                 Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
smg            +United States Attorney's Office,    Southern District of New York,
                 Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
4820901        +American Express,    c/o Becket and Lee,    PO Box 3001,    Malvern, PA 19355-0701
4835781         American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA 19355-0701
4820905        +Amex,    PO Box 981537,    El Paso, TX 79998-1537
4820913        +Bally Total Fitness,    12440 E Imperial Hwy #30,    Norwalk, CA 90650-3178
4820915        +Ballys,    8700 West Bryn Mawr,    Chicago, IL 60631-3552
4820914        +Ballys,    12440 E Imperial Hwy Ste,    Norwalk, CA 90650-3177
4820917         Bank of America,    4060 Ogletown/Stan,    Newark, DE 19713
4820918       #+Bank of America,    Attn: Bankruptcy NC4-105-02-77,    PO Box 26012,    Greensboro, NC 27420-6012
4820919       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    PO Box 85015,    Richmond, VA 23285)
4820929       ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
                (address filed with court: Chrysler Financial,    5225 Crooks Rd, Ste 140,    Troy, MI 48098)
4820933       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi Corp Credit Services,    Attn: Centralized Bankruptcy,
                 PO Box 20507,    Kansas City, MO 64195)
4820928        +Chase,    Attn: Bankruptcy Dept,    PO Box 100018,    Kennesaw, GA 30156-9204
4820923        +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
4820926        +Chase CC,    Attention: Bankruptcy Department,    PO Box 15298,    Wilmintgon, DE 19850-5298
4820930        +Cit Bank/DFS,    12234 N Ih 35 Sb Bldg B,    Austin, TX 78753-1725
4820931        +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
4820947        +Citibank,    701 East 60th Street,    Sioux Falls, SD 57104-0493
4820966        +Corporate,    23220 Chagrin,    Beachwood, OH 44122-5408
4820968        +Credit First,    PO Box 818011,    Cleveland, OH 44181-8011
4820967        +Credit First N A,    6275 Eastland Rd,    Brook Park, OH 44142-1399
4820969       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services,    Attn: Bankruptcy Dept,
                 12234 North IH 35,    Austin, TX 78753)
4820975        +DSNB Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
4820970        +Department of the Treasury,    Internal Revenue Service,    110 W. 44th St.,
                 New York, NY 10036-4049
4820976        +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
4820977         First USA Bank,    PO Box 8650,    Wilmington, DE 19899
4820978        +GC Services,    6330 Gulfton St, Ste 400,    Houston, TX 77081-1108
4820979        +GC Services,    Attn: Bankruptcy,    6330 Gulfton St, Ste 400,    Houston, TX 77081-1108
4820994        +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
4820996        +HSBC Bank,    ATTN: BANKRUPTCY,    PO BOX 5253,    Carol Stream, IL 60197-5253
4820998        +Keybank NA,    Attention: Bankruptcy,    PO Box 94968,    Cleveland, OH 44101-4968
4821010        +Macys/FDSB,    Macy's Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
4821012        +National Collegiate Tr,    2401 International Ln,    Madison, WI 53704-3121
4821013        +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
4821016        +RSHK/CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
4821017        +RSHK/CBSD,    Attn: Centralized Bankruptcy,    PO Box 20507,    Kansas City, MO 64195-0507
4821014        +Riggs Bank NA,    5700 Rivertech Ct,    Riverdale, MD 20737-1250
4821038       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    New Jersey Division of Taxation,
                 Information and Publications Branch,    PO Box 281,    Trenton, NJ 08695-0281)
4821040        +THD/CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
4821041        +TNB Visa,    PO Box 9475,    Minneapolis, MN 55440-9475
4821039        +Target NB,    PO Box 673,    Minneapolis, MN 55440-0673
4821042        +United Fin,    333 Washington Blvd,    Marina Del Rey, CA 90292-5152
4821045        +WFNNB/J Crew,    PO Box 182273,    Columbus, OH 43218-2273
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Sep 07 2017 02:00:42
                 New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                 Albany, NY 12205-0300
ust            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 07 2017 01:58:18       United States Trustee,
                 Office of the United States Trustee,    U.S. Federal Office Building,
                 201 Varick Street, Room 1006,    New York, NY 10014-9449
4820900        +E-mail/Text: EBNProcessing@afni.com Sep 07 2017 01:58:52       AFNI Inc,    PO Box 3097,
                 Bloomington, IL 61702-3097
```

```
District/off: 0208-1          User: admin              Page 2 of 3              Date Rcvd: Sep 06, 2017
                              Form ID: 155amend        Total Noticed: 75


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4820910        +E-mail/PDF: pa_dc_claims@navient.com Sep 07 2017 01:54:29      AMS Education Loan,
                 Trust/Wilmington Trust,    c/o Sallie Mae,    220 Lasley Avenue,    Wilkes-Barre, PA 18706-1430
4820911        +E-mail/Text: vbailey@ashwoodfinancial.com Sep 07 2017 02:00:05       Ashwood Financial Inc,
                 6319 S East St # A,    Indianapolis, IN 46227-7101
4820973        +E-mail/Text: mrdiscen@discover.com Sep 07 2017 01:57:26       Discover Fin,
                 Attention: Bankruptcy Department,    PO Box 3025,    New Albany, OH 43054-3025
4820971        +E-mail/Text: mrdiscen@discover.com Sep 07 2017 01:57:26       Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
4820984        +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2017 01:54:07      GEMB/Banana Rep,    PO Box 103104,
                 Roswell, GA 30076-9104
4820982        +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2017 01:54:08      GEMB/Banana Rep,    PO Box 981400,
                 El Paso, TX 79998-1400
4820986        +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2017 01:54:08      GEMB/Care Credit,    PO Box 981439,
                 El Paso, TX 79998-1439
4820989        +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2017 01:54:59      GEMB/Gap,    Attention: Bankruptcy,
                 PO Box 103106,    Roswell, GA 30076-9106
4820987        +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2017 01:54:59      GEMB/Gap,    PO Box 981400,
                 El Paso, TX 79998-1400
4820980        +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2017 01:54:08      GEMB/HH Gregg,
                 Attention: Bankruptcy,    PO Box 103106,    Roswell, GA 30076-9106
4820991        +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2017 01:54:08      GEMB/Old Navy,    PO Box 981400,
                 El Paso, TX 79998-1400
4820981        +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2017 01:54:59      GEMB/Old Navy,
                 Attention: Bankruptcy,    PO Box 103106,    Roswell, GA 30076-9106
4820992        +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2017 01:54:08      GEMB/PC Richard,    PO Box 981439,
                 El Paso, TX 79998-1439
4820993        +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2017 01:54:08      GEMB/Sleepys,    PO Box 981439,
                 El Paso, TX 79998-1439
4821004        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 07 2017 01:59:31       Keybank USA,
                 PO Box 94518,    Cleveland, OH 44101-4518
4821011        +E-mail/Text: Bankruptcy@msufcu.org Sep 07 2017 02:00:00       MSU Federal Credit Uni,
                 3777 West Rd,    East Lansing, MI 48823-8029
4821037        +E-mail/PDF: pa_dc_claims@navient.com Sep 07 2017 01:54:29      SM Servicing,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
4821018        +E-mail/PDF: pa_dc_claims@navient.com Sep 07 2017 01:55:22      Sallie Mae,    1002 Arthur Dr,
                 Lynn Haven, FL 32444-1683
4821029        +E-mail/PDF: pa_dc_claims@navient.com Sep 07 2017 01:54:32      Sallie Mae,    Attn: Claims Dept,
                 PO Box 9500,    Wilkes Barre, PA 18773-9500
4821027        +E-mail/PDF: pa_dc_claims@navient.com Sep 07 2017 01:56:21      Sallie Mae Servicing,
                 Attn: Claims Dept,    PO Box 9500,    Wilkes-Barre, PA 18773-9500
4821026        +E-mail/PDF: pa_dc_claims@navient.com Sep 07 2017 01:55:24      Sallie Mae Servicing,
                 PO BOX 9500,    Wilkes Barre, PA 18773-9500
4821043         E-mail/Text: vci.bkcy@vwcredit.com Sep 07 2017 01:59:01      Volkswagon Credit Inc,
                 1401 Franklin Blvd,    Libertyville, IL 60048
4821044        +E-mail/Text: vci.bkcy@vwcredit.com Sep 07 2017 01:59:01      VW Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
                                                                                               TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
unk            Clerks Office of the U.S. Bankruptcy Court
cr             KeyBank National Association
4820921*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital 1 Bank,    c/o TSYS Debt Management,    PO Box 5155,
                 Norcross, GA 30091)
4820965*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Citibank USA,    Attn: Centralized Bankruptcy,    PO Box 20507,
                 Kansas City, MO 64195)
                                                                                               TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0208-1          User: admin              Page 3 of 3              Date Rcvd: Sep 06, 2017
                              Form ID: 155amend        Total Noticed: 75
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2017 at the address(es) listed below:
              Geoffrey J. Peters    on behalf of Creditor   KeyBank National Association colnyecf@weltman.com
              Julio E. Portilla    on behalf of Debtor Jeffrey K. Davis jp@julioportillalaw.com,
               dskrip@julioportillalaw.com
              Yann  Geron    on behalf of Trustee Yann  Geron ygeron@foxrothschild.com,
               ygeronnys@ecf.epiqsystems.com;jlitos@reitlerlaw.com;nsantucci@reitlerlaw.com
              Yann  Geron    ygeron@foxrothschild.com,
               ygeronnys@ecf.epiqsystems.com;jlitos@reitlerlaw.com;nsantucci@reitlerlaw.com
                                                                                           TOTAL: 4
```